**EXHIBIT A**

2014-01-07 14:28 FROM: 8477590987 TO: FMP



### Stericycle
**Protecting People. Reducing Risk.**

# WE'LL PROVE IT.

### Stericycle Best-in-Class Service.
- Courteous drivers with customer-reported 99.5% reliability
- Customer satisfaction rating of 4.8 on a 5-point scale
- Dynamic Routing for quick and accurate responses and green efficiency

### Stericycle Trusted Expertise.
- Nation's leading medical waste service with strong local networks
- More than 24 years of experience
- Advanced technology for planning, tracking and reporting all aspects of your service

### Stericycle Regulatory Assurance.
- Unparalleled online safety and compliance resources
- No guesswork required to understand complex and ever-changing regulations
- Less administrative burden for you and your staff

## Try Us Today With Our 90-Day "Prove-It" Guarantee*
### Please Tell Me More:

Name: _____

Business/Practice: _____

Service(s) That Interest Me:

☐ Medical Waste or Sharps Disposal Service   ☐ Bloodborne Pathogens Training and OSHA Safety   ☐ HIPAA Training

Phone (Area Code): _____   Email: _____

Best Day/Time to Reach Me: _____

Address: _____

## Call **1.866.783.9815**
Mention Promo Code:
FX14Prove9815


OR

## Fax to **1.888.485.4409**

*Offer expires March 31, 2014

---

If you wish to have your fax number removed from this database, please mark "remove from list" on this document and fax back to (888) 245-6739.



# Stericycle®
Protecting People. Reducing Risk.

www.stericycle.com

# GET PERSONAL.

## Bring in a Personal Consultant
## AND Mind Your Budget

- Onsite Bloodborne Pathogens Training
- Annual Safety Consultation
- Professional Medical Waste Services
- Trusted HIPAA Gap Analysis

## Discover How Our Personalized Services Can Help You

Please Tell Me More and Send My Coffee Gift Card:

Name: _____

Company/Practice: _____

Service(s) That Interest Me:

☐ Medical Waste or Sharps Disposal Service    ☐ Bloodborne Pathogens Training and OSHA Safety    ☐ HIPAA Program

Phone (Area Code): _____    Email: _____

Best Day/Time to Reach Me: _____

Site Address: _____

For Immediate Service, Call
**1.866.783.9816**

OR

Fax Completed Form To
**1.888.485.4409**
and Receive a



Coffee Gift Card*
$10 value

*Only completed fax responses receive a gift card. One gift card per practice. Offer expires March 31, 2014

If you wish to have your fax number removed from this database, please mark "remove from list" on this document and fax back to (888) 245-6739.

2014-01-29 00:03 FROM: 8477590987 TO: FMP



**Stericycle**
Protecting People. Reducing Risk.

www.stericycle.com



## One Complete Solution. One Trusted Partner.
## One Stericycle Tailored to Your Needs.

- Compliant Medical Waste Pickup and Disposal
- Bloodborne Pathogens Training and OSHA Safety
- HIPAA Training and Gap Analysis

### Get One Coffee Gift Card.*

## Discover how Stericycle can be the One for you

Please Tell Me More and Send My Coffee Gift Card:

Name: _____

Business/Practice: _____

Service(s) That Interest Me:

☐ Medical Waste or Sharps Disposal Service  ☐ Bloodborne Pathogens Training and OSHA Safety  ☐ HIPAA Program

Phone (Area Code): _____ Email: _____

Best Day/Time to Reach Me: _____

Site Address: _____

For Immediate Service, Call
**1.866.783.9817**

OR

Fax Completed Form To
**1.888.485.4409**
and Receive One



Coffee Gift Card*
$10 value

*Only completed fax responses receive a gift card. One gift card per practice. Offer expires March 31, 2014

If you wish to have your fax number removed from this database, please mark "remove from list" on this document and fax back to (888) 245-6739.