IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WILLIAM P. SAWYER, M.D.,

    Plaintiff,

v.

STERICYCLE, INC., STERICYCLE
SPECIALTY WASTE SOLUTIONS, INC.,
STERICYCLE COMMUNICATIONS, INC.,
STERICYCLE MANAGEMENT, LLC,
STERICYCLE INTERNATIONAL, LLC, and
JOHN DOES 1-10,

    Defendants.

Case No. 1:14-CV-02070

Hon. John Robert Blakey

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, WILLIAM P. SAWYER, M.D., and Defendants, STERICYCLE, INC., STERICYCLE SPECIALTY WASTE SOLUTIONS, INC., STERICYCLE COMMUNICATIONS, INC., STERICYCLE MANAGEMENT, LLC, STERICYCLE INTERNATIONAL, LLC, through their undersigned attorneys, hereby stipulate to the dismissal of this action without prejudice. Each party to bear its own costs.

Dated: May 1, 2015

Respectfully submitted,

By:   /s/Brian J. Wanca
Brain J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Telephone: (847) 368-1500
Facsimile: (847) 368-1501

*Counsel for Plaintiff*

Paul E. Chronis
Elinor L. Hart
Duane Morris LLP
190 S. LaSalle Street, Suite 3700
Chicago, Illinois 60603
Telephone: (312) 499-6700
Email: PEChronis@duanemorris.com
EHart@duanemorris.com

/s/ Raymond J. Etcheverry
Raymond J. Etcheverry *(pro hac vice)*
Zack L. Winzeler *(pro hac vice)*
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
E-mail: Retcheverry@parsonsbehle.com
Zwinzeler@parsonsbehle.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 1, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

                                        /s/ Brain J. Wanca
                                        Brain J. Wanca